UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                                    Case No. **2:26−mj−30261**
                                                                      Originating No.  26MJ17

**WILLIE DELL ROBINSON,**


      Defendant.

_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF


Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **WILLIE DELL ROBINSON,** to answer to charges pending in another federal district, and states:

1.   On **May 7, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Northern District of Mississippi based on an Indictment**.  Defendant is charged in that district with violation of **18 United States Code Section 2250(a) – Failure to Register as a Sex Offender.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


*s/Hank Moon*
HANK MOON
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: May 7, 2026